FILED
08 MAY 23 AM 11:52

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

Robert J. Kaplan
Linda P. Nussbaum
John D. Radice
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
lnussbaum@kaplanfox.com
jradice@kaplanfox.com

*Attorneys for Plaintiff Acutron, Inc.*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ACUTRON, INC., Individually and on Behalf of all Others Similarly Situated,

Plaintiff,

v.

MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC, and HORIZON LINES, LLC,

Defendants.

Civil Action No. 08-CV-2600 (MEJ)

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 23, 2008

Respectfully submitted,
KAPLAN FOX & KILSHEIMER LLP

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan
Linda P. Nussbaum
John D. Radice
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
lnussbaum@kaplanfox.com
jradice@kaplanfox.com

CRIDEN & LOVE, P.A.
Michael E. Criden
Kevin B. Love
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050
Email: mcriden@cridenlove.com
klove@cridenlove.com

BOLOGNESE & ASSOCIATES, LLC
Anthony J. Bolognese
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102
Phone: 215-814-6751
Fax: 215-814-6764
Email: ABolognese@bolognese-law.com

*Attorneys for Plaintiff Acutron, Inc.*