**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACUTRON, INC., ) | CASE NO. C-08-2600 MEJ |
| Plaintiff(s) ) | |
| v. ) | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| MATSON NAVIGATION CO., INC., et al. ) | |
| Defendant(s) ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: June 3, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk