AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

CV 08 2600

MEJ

| Acutron, Inc. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Matson Navigation Company, Inc., et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   Please See Attachment A
         *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Please See Attachment A

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 2 2 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# ATTACHMENT A

**MATSON NAVIGATION COMPANY, INC.**
Berth 67-68
One Market Street
Oakland, CA 94607


**ALEXANDER & BALDWIN, INC.**
822 Bishop Street
Honolulu, Hawaii 96813-3924


**HORIZON LINES, LLC**
4064 Colony Road, Suite 200
Charlotte, NC 28211

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2497210 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ACUTRON, INC.

Defendant:
MATSON NAVIGATION COMPANY, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV082600 MEJ |
|---|---|---|---|---|

I, Scot Smith, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; CERTIFICATE OF INTERESTED PARTIES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE US DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : MATSON NAVIGATION COMPANY, INC.

By Serving : SLOAN WHITE, Assistant General Council/Authorized to Accept Service of Process

Address : 555 12th Street, Suite 700, Oakland, California 94607
Date & Time : Friday, May 23, 2008 @ 3:20 p.m.
Witness fees were : Not applicable.

Person serving:
Scot Smith
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 667
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

Signature: Scot Smith


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2497212 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ACUTRON, INC.

Defendant: MATSON NAVIGATION COMPANY, INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV082600 MEJ |
|---|---|---|---|---|

I, Scot Smith, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; CERTIFICATE OF INTERESTED PARTIES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE US DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : ALEXANDER & BALDWIN, INC.

By Serving : SLOAN WHITE, Assistant General Council/Authorized to Accept Service of Process

Address : 555 12th Street, Suite 700, Oakland, California 94607
Date & Time : Friday, May 23, 2008 @ 3:20 p.m.
Witness fees were : Not applicable.

Person serving:
Scot Smith
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 667
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008            Signature: *Scot Smith*
                                         Scot Smith


Printed on recycled paper

| Attorney or Party without Attorney: <br> LAURENCE D. KING ESQ. <br> KAPLAN FOX & KILSHEIMER LLP <br> 350 SANSOME STREET SUITE 400 <br> SAN FRANCISCO, CA 94104 <br> Telephone No: 415-772-4700 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> ACUTRON INC. | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Califronia | | |
| Plaintiff: ACUTRON, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARL | | |
| Defendant: Matson Navigation Company, Inc., Alexander & Balwin, Inc, And Horizon Lines, Llc. | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082600MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CERTIFICATE OF INTERESTED PARTIES;DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;WCE REGISTRATION INFORMATION HANDOUT;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT;DROP BOX FILING PROCEDURES.

3. a. Party served: HORIZON LINES, LLC
   b. Person served: MARGARET WILSON, AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 818 WEST 7TH STREET SUITE 200 LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 2:45PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST
   
   d. *The Fee for Service was:*

   **BEVERLY HILLS EXPRESS**
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 5141
      (iii) County:            Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, May. 28, 2008

   (DOUGLAS FORREST)

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT                651252.kaplanld.3258