1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6         TNicoud@gibsondunn.com
          RBrass@gibsondunn.com
7         RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
9  AND ALEXANDER & BALDWIN, INC.

10

11                       UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14 | ACUTRON, INC., Individually and on Behalf ) | Case No. CV 08-02600 VRW
   | of All Others Similarly Situated,          ) |
15 |                                            ) | **STIPULATION RE EXTENSION OF**
   |                       Plaintiff,           ) | **RESPONSIVE PLEADING DEADLINE**
16 |                                            ) |
   |             v.                             ) |
17 |                                            ) |
   | MATSON NAVIGATION COMPANY, INC.;           ) |
18 | ALEXANDER & BALDWIN, INC.; and             ) |
   | HORIZON LINES, LLC,                        ) |
19 |                                            ) |
   |                       Defendants.          ) |
20 |                                            ) |
21 |_____) |

1. WHEREAS the undersigned plaintiff has filed the above-captioned case;

2. WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

3. WHEREAS five complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

4. WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

5. WHEREAS plaintiff anticipates the possibility of a Consolidated Amended Complaint in the Hawaiian Ocean Shipping Cases;

6. WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., and Horizon Lines, LLC ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, except by court order, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

///
///

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: June 5, 2008     GIBSON, DUNN & CRUTCHER, LLP

_____
Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:    (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: June ____, 2008     McGUIREWOODS LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:    (310) 315-8219
Facsimile:    (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone:    (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendant*
*Horizon Lines, LLC*

1    2.    This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: June ____, 2008        GIBSON, DUNN & CRUTCHER, LLP

_____
Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:    (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: June 5, 2008        McGUIREWOODS, LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210


Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone:    (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendant*
*Horizon Lines, LLC*

| | | |
|---|---|---|
| 1 | Dated: June 5, 2008 | KAPLAN, FOX & KILSHEIMER, LLP |
| 2 | | |
| 3 | | /s/ Linda Fong |
| 4 | | Laurence D. King<br>Linda M. Fong |
| 5 | | KAPLAN, FOX & KILSHEIMER, LLP<br>350 Sansome Street, Suite 400 |
| 6 | | San Francisco, CA 94104<br>Telephone: (415) 772-4700 |
| 7 | | Facsimile: (415) 772-4707 |
| 8 | | Robert N. Kaplan<br>Linda P. Nussbaum |
| 9 | | John D. Radice<br>KAPLAN, FOX & KILSHEIMER, LLP |
| 10 | | 850 Third Avenue, 14th Floor<br>New York, NY 10022 |
| 11 | | Telephone: (212) 687-1908<br>Facsimile: (212) 687-7714 |
| 12 | | |
| 13 | | Michael E. Criden<br>Kevin B. Love |
| 14 | | CRIDEN & LOVE, P.A.<br>7301 S.W. 57th Court, Suite 515 |
| 15 | | South Miami, FL 33143<br>Telephone: (305) 357-9010 |
| 16 | | Facsimile: (305) 357-9050 |
| 17 | | Anthony J. Bolognese |
| 18 | | BOLOGNESE & ASSOCIATES, LLC<br>1500 JFK Boulevard, Suite 320 |
| 19 | | Philadelphia, PA 19102<br>Telephone: (215) 814-6751 |
| 20 | | Facsimile: (215) 814-6764 |
| 21 | | *Counsel for Plaintiff Acutron, Inc.* |