```
 1  GIBSON, DUNN & CRUTCHER LLP
    Joel S. Sanders, SBN 107234
 2  George A. Nicoud III, SBN 106111
    Rachel S. Brass, SBN 219301
 3  Rebecca Justice Lazarus, SBN 227330
    One Montgomery Street, Suite 3100
 4  San Francisco, California 94104
    Telephone: (415) 393-8200
 5  Facsimile: (415) 986-5309
    Email: JSanders@gibsondunn.com
 6         TNicoud@gibsondunn.com
           RBrass@gibsondunn.com
 7         RJustice@gibsondunn.com
 8
    Attorneys for Defendants
 9  MATSON NAVIGATION COMPANY, INC. and
    ALEXANDER & BALDWIN, INC.
10
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACUTRON, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; and HORIZON LINES, LLC,<br><br>Defendants. | Case No. CV 08-02600 VRW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On June 5, 2008, I used the Northern District of California's Electronic Case Filing System, with ECF registered to Linda M. Fong, to file the following document(s):

**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE**

**PROOF OF SERVICE**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

On this date, I served the below parties:

| | |
|---|---|
| Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES LLC<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | Michael E. Criden<br>CRIDEN & LOVE, P.A.<br>7301 S.W. 57th Court<br>Suite 515<br>South Miami, FL 33143 |
| Robert J. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 | |

    (BY FACSIMILE) I sent the document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

**XXX** (BY U.S. MAIL) I placed the sealed envelopes(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

1

PROOF OF SERVICE                                                   Case No. CV 08-02600 VRW

1     (BY PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the addresses(es) set forth below.

    (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox & Kilsheimer LLP.  I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed June 5, 2008, at San Francisco, California.

                                                                 Lisa C. D'Annunzio