GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
         TNicoud@gibsondunn.com
         RBrass@gibsondunn.com
         RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC. AND
ALEXANDER & BALDWIN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACUTRON, INC., Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., and HORIZON LINES, LLC,<br><br>Defendants. | CASE NO. CV 08-02600 VRW<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Joel S. Sanders, George A. Nicoud III, Rachel S. Brass and Rebecca Justice Lazarus will be appearing on behalf of defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.

>Joel S. Sanders [SBN 107234], JSanders@gibsondunn.com (Lead Counsel)
>George A. Nicoud III [SBN 106111], TNicoud@gibsondunn.com
>Rachel S. Brass [SBN 219301], RBrass@gibsondunn.com
>Rebecca Justice Lazarus [SBN 227330], RJustice@gibsondunn.com
>Gibson, Dunn & Crutcher LLP
>One Montgomery Street, Suite 3100
>San Francisco, California 94104
>Telephone: (415) 393-8200
>Facsimile: (415) 986-5309

DATED: June 12, 2008

>GIBSON, DUNN & CRUTCHER LLP
>
>By: _____/s/_____
>        Joel S. Sanders
>
>Attorneys for Defendants
>MATSON NAVIGATION COMPANY, INC. and
>ALEXANDER & BALDWIN, INC.

100454347_1.DOC