McGuireWoods LLP
Darrel C. Menthe (SBN 186252)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200
Fax: (310) 315-8210
dmenthe@mcguirewoods.com

Attorneys for Horizon Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Acutron, Inc. Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>Matson Navigation Company, Inc., Alexander & Baldwin, Inc. and Horizon Lines, LLC.<br><br>Defendants | CASE NO. 3:08-cv-02600 -VRW<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE: Darrel C. Menthe of McGuireWoods LLP (Los Angeles) will appear as

counsel of record for Horizon Lines, LLC in this matter.

DATED:  June 20, 2008

By: _____/s/_____

Darrel C. Menthe

Attorneys for Horizon Lines LLC

1